IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40994

Summary Calendar
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

CURLEY ADAMS, JR.

Defendant-Appellant.


_____

Appeal from the United States District Court
For the Eastern District of Texas
(1:95-CR-2-1)
_____

May 22, 1997

Before HIGGINBOTHAM, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Curley Adams, Jr. appears before this court without a timely notice of appeal because the district court found no excusable neglect which would justify extending the time for appeal thirty days under Fed. R. App. P. 4(b). Because we find that the district court did not abuse its discretion in denying an extension of time for appeal, we dismiss this appeal for lack of jurisdiction. See United States v. Clark, 51 F.3d 42 (5th Cir. 1995).

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

APPEAL DISMISSED.